1 LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
3 CHICO, CA 95926
Telephone: (530) 895-3252
4 Fax: (530) 894-8244

5 Attorneys for Plaintiff

6 KATHLEEN FINNERTY, SBN 157638
LIVINGSTON & MATTESICH
7 1201 K Street, Suite 1100
Sacramento, CA 95814
8 Telephone: (916) 442-1111
Facsimile: (916) 448-1709
9
Attorneys for Defendant
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV. S 04-1882 WBS KJM |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| SEHHAT MOSTAFA and OLGA MOSTAFA dba STRAW HAT PIZZA; and DOES 1 through 10, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, SEHHAT MOSTAFA and OLGA MOSTAFA dba STRAW HAT PIZZA, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: _____, 2005    LAW OFFICES OF LYNN HUBBARD, III

*/s/ Scott Hubbard, IV*
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff James Sanford

Dated: _____, 2005    LIVINGSTON & MATTESICH

*Signature on Fi.*
KATHLEEN FINNERTY
Attorneys for Defendant Sehhat Mostafa and Olga Mostafa dba Straw Hat Pizza

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1882 WBS KJM, is hereby dismissed with prejudice.

Dated: September 6, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Request for Dismissal and Order Thereon
- 2 -
Sanford v. Straw Hat Pizza, et al.
CIV. S-04-1882 WBS KJM